No. 353, Misc. HOWELL *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 354, Misc. RITENOUR *v.* RAGEN, WARDEN. Circuit Court of Winnebago County, Illinois. Certiorari denied.

No. 355, Misc. JONES *v.* RAGEN, WARDEN. Circuit Court of Will County and Supreme Court of Illinois. Certiorari denied. 

No. 356, Misc. BUTLER *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 386, Misc. VAN TASSELL *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 432, Misc. MURRAY *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. 

No. 13. UNITED STATES *v.* UNITED STATES GYPSUM Co. ET AL., *ante,* p. 364. Rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 552. DUNSCOMBE *v.* KANNER, JUDGE, *ante,* p. 844. Rehearing denied.